# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

**PAUL MIGLIACCIO**

     PLAINTIFF

v.

**ALLY BANK**

     DEFENDANT

CIVIL ACTION NO: 1:24-CV-00307-SDN

## CONSENTED MOTION TO ENLARGE TIME TO OBJECT TO RECOMMENDED DECISION ON MOTION TO COMPEL ARBITRATION AND TO STRIKE CLASS CLAIMS

The Plaintiff respectfully requests that the court, with the Defendant's consent, enlarge the time for the Plaintiff to object to the Recommended Decision on Motion to Compel Arbitration and Strike Class Claims (Doc. 17) by 14 days and for the Defendant to respond to the Plaintiff's objection by 14 days (for a total of 28 days) so that the Plaintiff would have until March 27, 2025, to object and the Defendant would have until April 24 to respond.

In support of this request, the Plaintiff would show that counsel for the parties agree that additional time is needed to brief the issues in this matter adequately and that no party will be prejudiced by granting this motion. Additionally, counsel for the Plaintiff has several previously scheduled court appearances and filing deadlines in other matters during the standard objection period that would impair counsel's ability to prepare a comprehensive objection.

Respectfully Submitted,

Dated: March 4, 2025

/s/      John Z. Steed
John Z. Steed, Esq. #5399
Island Justice
P.O. Box 771
Stonington, ME 04681
(207) 200-7077
john@islandjusticelaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of this document was served on the Defendant's counsel of record when filed through the Court's CM/ECF system on March 4, 2025.

/s/ John Z. Steed

John Z. Steed, Esq. #5399